IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                              **CASE. NO. 3:99CR315-24(DRD)**

**LOURDES MILAGROS NIEVES VARELA,**
* * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR SOME DISPOSITION**

**TO THE HONORABLE DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

       **COMES NOW, Luz Enid Aponte-Ortiz, U.S. PROBATION OFFICER of this Court**, presenting an official report on the conduct and attitude of releasee, Lourdes Milagros Nieves-Varela, who on August 31, 2001, was sentenced to forty-six (46) months of imprisonment after having plead guilty of violating Title 21, U.S. Code, § 846. A five (5) year supervised release term and a $100.00 special monetary assessment were also imposed. On January 16, 2004, the offender was released from custody at which time her supervised release term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

       On September 24, 2004, during a routine office contact with the offender she expressed her interest in continuing a consensual relationship she had established with Mr. Ricardo Rodríguez-Estrada, another offender under the supervision of this officer.

**WHEREFORE**, I declare under penalty and perjury that the foregoing is true and correct Since Ms. Nieves-Varela is in compliance with all other supervision conditions, it is respectfully requested, unless ruled otherwise, that Ms. Nieves-Varela's petition to engage in a relationship with Mr. Ricardo Rodríguez-Estrada be authorized.

In San Juan, Puerto Rico, this 16th day of December 2004.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel: 787-766-5842
Fax: 787-766-5945
luz_aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 16, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edwin Vázquez, Esq., Assistant U.S. Attorney, and Jorge Díaz-Reverón, Esq.

In San Juan, Puerto Rico, this 16th day of December 2004.

                                                s/Luz E. Aponte
                                                Luz E. Aponte
                                                U.S. Probation Officer
                                                Federal Office Building, Office 400
                                                San Juan, PR 00918
                                                Tel: 787-766-5842
                                                Fax: 787-766-5945
                                                luz_aponte@prp.uscourts.gov

LEA