IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    vs.                        CASE NO. 3: 99CR00315-24 (DRD)

**LOURDES NIEVES-VARELA**
* * * * * * * * * * * * * * * * * * *

### ORDER

Upon a petition of BENJAMIN BONILLA, U.S. Probation Officer of this Court, alleging that releasee, Lourdes Nieves-Varela, has failed to comply with the conditions of her supervised release.

It is ORDERED that releasee appear before this Court on _____ 2007, at _____, for a hearing to show cause, if there be any, why her supervised release on the above-entitled case should not be revoked; thereupon she to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the arrest of the releasee, Lourdes Nieves-Varela, and notify counsel for releasee and for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this     day of June 2007.

                                                    **DANIEL R. DOMINGUEZ**
                                                    **U.S. DISTRICT JUDGE**