# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   MARCOS E. LÓPEZ, MAGISTRATE JUDGE

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE:   June 20, 2007

COURT REPORTER: FTR

                                       CASE:   99-315-24 (DRD)

COURT INTERPRETER:   Edna BRAYFIELD

====================================================================

UNITED STATES OF AMERICA                    AUSA: JOSE CAPO

v.

LOURDES NIEVES-VARELA                    ESTHER CASTRO

====================================================================

Case called for Preliminary hearing.  Defendant is present in Court.

Defense counsel informs the Court that defendant admits the allegations and further states that there are mitigating circumstances.

The Court after hearing the parties finds that there was probable cause and the matter is referred to Judge Dominguez for final revocation hearing.

                                       *S/Minerva Figueroa*
                                        Minerva Figueroa
                                    Courtroom Deputy Clerk