# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE DANIEL R. DOMINGUEZ | Date: July 2, 2007 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-315-24 (DRD)** |
| COURT REPORTER: Zulma RUIZ | |
| COURT INTERPRETER: Marie HERNANDEZ | USPO: Benjamin Bonilla |

===============================================================================

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Vernon B. Miles |
| vs. | |
| LOURDES NIEVES VARELA | Esther Castro Schmidt |

===============================================================================

The defendant is present in court.

CASE CALLED FOR HEARING ON MOTION/FINAL REVOCATION HEARING. After arguments heard, the Court found that the offender violated the conditions of the imposed supervised release term by reverting to the use of drugs, as cited in the motion filed by the U.S. Probation Officer at Docket No. 1527. Therefore, the supervised release term imposed on August 31, 2001 is not revoked. However, the defendant shall be allowed to continue on supervised release with the following modification of her conditions as follows:

1. The defendant shall participate in a residential and/or ambulatory substance abuse treatment program as arranged and approved by the U.S. Probation Officer of this Court, until duly discharged with the approval in advance by the U.S. Probation Officer.

The Court reprimanded the defendant for having relapsed in the use of drugs and should understand that any other violation of her conditions of supervised release will lead to the initiation

```
Cr. 99-315-24 (DRD)                    Page 2
```

of revocations proceedings. All other conditions of supervised release imposed on August 31, 2001 shall remain in full effect.

      S/ *Omar Flaquer Mendoza*
      Omar Flaquer Mendoza
      Case Manager/Courtroom Deputy Clerk