IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Criminal No. 99-315 (DRD) |
| | * | |
| v. | * | |
| | * | |
| LOURDES NIEVES-VARELA (24) | * | |
| | * | |
| | * | |
| Defendant | * | |
| | * | |

**********************************

**INFORMATIVE MOTION AS TO STATUS OF THE DEFENDANT**

**TO THE HONORABLE COURT:**

**COMES NOW,** the appearing defendant, Lourdes Nieves-Varela, through the undersigned attorney, and respectfully states and prays as follows:

This matter came before the court for revocation of supervised release due to violation of the provision prohibiting the use of controlled substances. Since it appeared that, in fact, the defendant had reverted to the use of drugs, on July 2, 2007, this Honorable Court modified her conditions of release to include the participation of the defendant in a residential and/or ambulatory drug treatment program. The court ordered that all other conditions of release imposed on August 31, 2001, would remain in full effect.

However, the defendant expressed that she needed assistance in obtaining public housing which she had lost as a result of her arrest in this case. Apparently, her lack of a home was contributing to her instability. The court suggested that the undersigned follow up on this matter and inform the court.

United States of America v.
Lourdes Nieves-Varela
Criminal No. 99-315 (DRD)
_____

  This case was recently reassigned from U.S. Probation Officer Benjamin Bonilla to Probation Officer Miriam Figueroa. Ms. Figueroa visited the defendant last week and informed the undersigned on this date as to the status of the defendant. The analysis of the urine sample provided by the defendant at the time of the visit to her place of residence yielded negative results. Also, Ms. Figueroa has indicated that the defendant continues to live with Ms. Mirna Duran who was present in court on the date of defendant's hearing on revocation of supervised release. The house which is in the center of Aguadilla appears well-kept and is very pleasant. It is located two blocks from the ocean and the defendant likes to spend time walking around the town. The defendant appeared to be happy with her living arrangements and stated that she no longer desired to move to an apartment in a public housing project. Moreover, the defendant continues to sell beauty products and is earning approximately $300.00 per month. From the information received as to defendant's status, it appears that she is making good progress.

  Therefore, having complied with this court's directive, the undersigned court appointed counsel will be submitting her voucher in this case.

  **WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and of her compliance with this court's directive.

  **RESPECTFULLY SUBMITTED.**

  **I HEREBY CERTIFY:** that a copy of the present motion has been filed electronically mailed using the CM/ECF system which will notify AUSA Jose Capó-Iriarte and U.S. Probation Officer Miriam Figueroa.

U.S. v. Lourdes Nieves-Varela
Criminal Case No. 99-315(DRD)

In San Juan, Puerto Rico on this 25th day of September 2007.

**S/ESTHER CASTRO-SCHMIDT**
**ESTHER CASTRO SCHMIDT**
**USDC/PR No. 125905**
Capital Center I
Suite 305
San Juan, PR  00918
Tel. (787)250-1420 Fax(787)763-3286