AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL    District of    PUERTO RICO

UNITED STATES OF AMERICA

V.

Lourdes NIEVES-VARELA

**WARRANT FOR ARREST**

Case Number: 99-CR-315-24 (DRD)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **LOURDES NIEVES-VARELA**
                                         Name

**and bring him or her forthwith to the nearest magistrate judge to answer a(n)**

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)
**The defendant has violated standard condition No. 7 of supervised release imposed.**

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ
Name of Issuing Officer

*S/ DANIEL R. DOMINGUEZ*
Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

June 6, 2007
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 6/6/07  DATE OF ARREST 6/13/2007 | NAME AND TITLE OF ARRESTING OFFICER USMS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|